## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Ashley Bruce

    Debtor(s)

US Bank NA, its successors and/or assigns

    Movant(s),
  vs.

Ashley Bruce, Debtor, and Dana S Frazier, Trustee

    Defendant(s).

In Proceedings Under Chapter 7

BK 10–41620–lkg

## ORDER GRANTING RELIEF FROM STAY

    This matter is before the Court on a motion for relief from automatic stay filed on 12/2/2010; it appearing to the Court

☑    that the debtor has not filed an objection and/or has consented to the motion;

☑    that the Trustee has not filed an objection and/or has consented to the motion;

☐    other:

    Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: December 17, 2010                          /s/ Laura K. Grandy
                                                               UNITED STATES BANKRUPTCY JUDGE